Daniel E. O'Toole, Clerk of Court
United States Court of Appeals
For the Federal Circuit
717 Madison Place, NW
Washington, DC 20439
Via: USPS Tracking No. 9114 9011 3986 6947 3684 95

Re: Appeal No. 2014-5083

Greetings Mr. O'Toole:

Enclosed herewith please recognize an original and 3 copies of this Appellant's Recall of the Mandate for filing in the above referenced case. Also, please file stamp the extra 1st page copy of the Recall and return it using the self-addressed stamped envelope provided at your earliest possible convenience.

Trusting all is well with you and your good offices, thank you for your right-hand in kindness and prompt attention to these matters. In peace and light, I remain

                                                   Sincerely,

                                              by: /s/ _____
                                                   WILLIAM OSCAR HARRIS
                                                   Plaintiff-Appellant
                                                   PO BOX 33, 40743050
                                                   TERRE HAUTE, IN 47808


                              PROOF OF SERVICE

On this 8th day of December, Common Era 2014, I certify that a copy of the foregoing was submitted to mail, exact postage, re Houston v. Lack, 487 US 266 (1988), addressed to:

William J. Grimaldi, Trial Attorney
U.S. Department of Justice
Civil Division-Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044-0480

                                              by: /s/ _____
                                                   WILLIAM OSCAR HARRIS
                                                   Plaintiff-Appellant
                                                   PO BOX 33, 40743050
                                                   TERRE HAUTE, IN 47808


enclosures
cc: file

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| WILLIAM OSCAR HARRIS, | ) | |
| Plaintiff-Appellant, | ) ) ) | |
| v. | ) ) | Appeal No. 2014 - 5083 |
| THE UNITED STATES, | ) ) | |
| Defendant-Appellee. | ) ) ) | |

RECALL OF THE MANDATE

COMES NOW, the Plaintiff-Appellant WILLIAM OSCAR HARRIS ("HARRIS") herein, and in filing this timely Recall would show this Honorable Court the following, to wit:

RECITALS

1. This Court on August 29, 2014 granted HARRIS' motion, dated August 18, 2014, for an Extension of Time To Pay the Docket Fee within 60 days of filing its order, i.e. until October 28, 2014.

2. HARRIS, Despite being factually indigent as documented herein, arranged with family members to pay the docket fee, well within the required time period, on October 20, 2014 with the U.S. Court of Federal Claims.

3. Confirmation of the fee payment can be made with the U.S. Court of Federal Claims, and including the following information:
   * Date paid - 10/20/2014
   * Receipt No. - 077762
   * Check No. - 185
   * Bank name - Cape Bank, Atlantic City, New Jersey
   * Amount paid - $505.00 USD

4. This Court "has discretionary power to recall the mandate...for good cause shown [and] to prevent injustice," which is the case in this instant matter. See Rankin v. Principi, 47 Fed. Appx. 929 (Fed. Cir. 2002).

CONCLUSION

5. HARRIS, having complied fully with this Court's order referenced in ¶ 1 above, coupled with the likelihood that this is merely a clerical error that can be easily corrected, should not be penalize for such a clerical oversight in this matter.

6. For the just terms as delineated herein, HARRIS respectfully requests this Honor-

able Court, warranting for good cause shown and to prevent an injustice, to recall the mandate in this matter.

In accordance with 28 USCS § 1746 (1), HARRIS affirms that the foregoing is ALL true as done, signed and presented this 8th day of December, Common Era 2014.

by: _____
WILLIAM OSCAR HARRIS
Plaintiff-Appellant
PO BOX 33, 40743050
TERRE HAUTE, IN 47808

PROOF OF SERVICE

On this 8th day of December, Common Era 2104, HARRIS affirms under penalty of perjury that a copy of the foregoing was submitted to mail, exact postage, re Houston v. Lack, 487 US 266 (1988), addressed to:

> William J. Grimaldi, Trial Attorney
> U.S. Department of Justice
> Civil Division-Commercial Litigation Branch
> PO Box 480, Ben Franklin Station
> Washington, DC 20044-0480

by: _____
WILLIAM OSCAR HARRIS
Plaintiff-Appellant
PO BOX 33, 40743050
TERRE HAUTE, IN 47808